**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Janice Travis** ) | |
| ) | **Case No:  19 B 01961** |
| ) | **Judge:      Cleary** |
| ) | **Chapter    13** |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S. Michigan Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Janice Travis, 359 Concord Dr, Chicago Heights, IL 60411
**See Attached Service List**

PLEASE TAKE NOTICE that on June 8, 2020 at 1:30 p.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Cleary, or any other Bankruptcy Judge presiding in his place in Courtroom 644 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired. If any party objects to the attached motion and request that the motion be called in Court, the party must file a Notice of objection no later than two business days before the presentment date of this motion.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before May 18, 2020.

      /s/ Angelica Harb
Angelica Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674

Case 19-01961    Doc 50    Filed 05/18/20    Entered 05/18/20 02:21:12    Desc Main

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 19-01961<br>Northern District of Illinois<br>Eastern Division<br>Mon Mar  9 18:23:52 CDT 2020 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Auto Cap Ent<br>2 Northfield Pl<br>Winnetka, IL 60093-1294 |
| Cab Serv<br>90 Barney Dr<br>Joliet, IL 60435-6402 | (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Comcast<br>P.O. Box 4200<br>Brownsville, TX 78523-4200 |
| Credit Acceptance Corp<br>22505 W 12 Mile Rd Ste 3000<br>Southfield, MI 48034 | Directv, LLC<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | ERC/Enhanced Recovery Corp<br>Attn: Bankruptcy<br>8014 Bayberry Road<br>Jacksonville, FL 32256-7412 |
| Ffcc-Colombus Inc<br>1550 Old Henderson Rd St<br>Columbus, OH 43220-3626 | Harris & Harris<br>111 W Jackson Blvd<br>Suite 400<br>Chicago, IL 60604-4135 | JP Morgan Chase Bank<br>PO Box 182051<br>Columbus, OH 43218-2051 |
| JP Morgan Chase Bank NA<br>P.O. Box 901032<br>Fort Worth, TX 76101-2032 | JPMorgan Chase Bank, National Association<br>P.O. Box 29505 AZ1-1191<br>Phoenix, AZ 85038-9505 | PLS Loan Store<br>1427 W 127th St<br>Calumet Park, IL 60827-6019 |
| RJM Acquisitions LLC<br>575 Underhill Blvd Ste 224<br>Syosset, NY 11791-3416 | Sprint<br>200 W Monroe St<br>Chicago, IL 60606-5137 | Wells Fargo Bank, N.A. Trustee (See 410)<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129-2386 |
| Wells Fargo Home Mortgage<br>Attn: Bankruptcy<br>Po Box 10335<br>Des Moines, IA 50306-0335 | Angelica Harb<br>Hinds Law LLC<br>211 W Wacker Dr Suite 321<br>Chicago, IL 60606-1217 | Angelica Harb<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Dr., Ste. 300<br>Chicago, IL 60606-1390 |
| Janice Travis<br>359 Concord Dr<br>Chicago Heights, IL 60411-4034 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Cavalry Investments LLC<br>P.O. Box 27288<br>Tempe, AZ 85282 | (d)Cavalry Portfolio Services LLC<br>P.O. Box 27288<br>Tempe, AZ 85282 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)JPMorgan Chase Bank, National Association         (u)Specialized Loan Servicing LLC                    End of Label Matrix
                                                                                                          Mailable recipients    23
                                                                                                          Bypassed recipients     2
                                                                                                          Total                  25

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  Janice Travis** ) | |
| ) | **Case No:  19 B 01961** |
| ) | **Judge:     Cleary** |
| ) | **Chapter   13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Janice Travis (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On January 23, 2019, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on April 22, 2019. The confirmed plan called for payments of $280.00 for 36 months, paying unsecured creditors 100% on their claims.

3. The Debtor's confirmed plan calls for the Trustee to pay JP Morgan Chase(Debtor's lienholder) for her 2008 Ford Fusion. JP Morgan Chase filed a secured proof of claim on February 15, 2019 in the amount of $2,703.05. Debtor's 2008 Ford Fusion was involved in a total loss accident. This Court authorized State Farm to distribute insurance proceeds on March 9, 2020 to pay JP Morgan Chase in full to pay off their lien.

4. Debtor's counsel spoke with representatives from JP Morgan Chase that stated they will only amend their proof of claim with an order from this Court. Debtor is

requesting that the Trustee stop any further payments to JP Morgan Chase as their claim has already been paid by Debtor's insurance.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. That the Trustee cease any further payments to JP Morgan Chase; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica M. Harb
Hinds Law, LLC
211 W. Wacker Dr., Ste. 321
Chicago, IL 60606
800-695-7674